UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARGARITA ROSSY, as Administrator of the
ESTATE OF JOSE HERNANDEZ-ROSSY,                    **STATEMENT**
                                                   **OF**
                                                   **UNDISPUTED**
                              Plaintiff,           **MATERIAL FACTS**

        vs.                                        Case No.: 17-CV-00937S

CITY OF BUFFALO, and its agents, servants and employees, and
BUFFALO POLICE DEPARTMENT P.O. JUSTIN TEDESCO,
BUFFALO POLICE DEPARTMENT P.O. JOSEPH ACQUINO,
and POLICE COMMISSIONER DANIEL DERENDA,
Individually and in their representative capacities, and
AMERICAN MEDICAL RESPONSE d/b/a "AMR"
And its agents, servants and employees,

                              Defendants.
_____

        The Plaintiff, MARGARITA ROSSY, as Administrator of the ESTATE OF JOSE HERNANDEZ-ROSSY respectfully submits this Statement of Undisputed Material Facts in support of her Motion against Defendant AMERICAN MEDICAL RESPONSE d/b/a "AMR and its agents, servants and employees pursuant to Local Rule of Civil Procedure 56(a)(1).

        1.      That on May 7, 2017 the decedent, Jose Hernandez Rossy was shot from behind by Buffalo Police Officer Justin Tedesco at approximately 5:12 PM in the afternoon as he was running eastbound on Garfield Street towards Peoria St. The decedent was struck by a gunshot causing a through and through gunshot wound from back to front on his left upper arm between the shoulder and the elbow thereby severing his brachial artery resulting in his death by exsanguination. [Doc 102-24, Exh. 24, Autopsy Rpt].

2.    The decedent Jose Hernandez Rossy continued running after being shot for approximately two (2) blocks to a location in the driveway at 568 Tonawanda Street in Buffalo, New York.  [Doc 102-37, Exh 37 crime scene diagram].

3.    Several 911 calls made immediately after the three (3) gunshots were fired alerted the Buffalo police dispatcher and the ADI system at 5:13:26 pm, and at 5:13:27 pm, and at 5:14:31 of the need for an emergency medical response to the scene. [Doc 102-2, Exh 2, CAD report, p. 5, 6-7].

4.    Several of the 911 callers that resulted in the ADI notifications were for reports of injury by gunshot for response with emergency medical assistance. [Doc 102-2, Exh 2, CAD report, p. 11-14].

5.    About four (4) minutes later at 5:16:55 PM the homeowner adjacent to the driveway where the injured decedent Jose Hernandez Rossy was located made the sixth call to 911 and reported that Mr. Rossy was "bleeding out" in her neighbor's driveway, and said he was shirtless and covered in blood. The witness also advised the police dispatcher within 30 seconds that 4 officers had arrived on scene with Mr. Rossy. [Doc 102-3, Exhibit 3, Collier 911 call p. 11-12]. In her subsequent statement to police, the witness said Mr. Rossy was conscious and alert, sat up and was speaking to her at the time she called 911. [Doc 102-29, Exhibit 29, Collier sworn stmt.].

6.    The same homeowner at 564 Tonawanda Street had a video surveillance system that was functioning and recorded the events in front of 568 Tonawanda Street including the arrival of police, fire and defendant AMR personnel at the time the events took place there. [Doc 102-6, Exhibit 6, surveillance video 568 Tonawanda St.].

7.    According to the investigation of Homicide Detective Daniel Redmond and the Crime Scene Investigation Unit, the homeowner's video surveillance system recorded the time of the events onto the digital video images of the home surveillance system. [Doc 102-7, Exhibit 7, Surveillance video report, BPD Homicide Det. Redmond].

8.    According to the investigation and recovery of the video evidence from 564 Tonawanda Street, Buffalo Homicide Detective Daniel Redmond's report of investigation documented that the time stamps on the surveillance video images were 34 minutes ahead of the actual time that the events occurred [Doc 102-7, Exhibit 7, Surveillance video report, BPD Homicide Det. Redmond].

9.    The homeowner's surveillance video recorded that the first Buffalo police officers, PO Montifiore and PO Rivera arrived on scene where Jose Hernandez-Rossy was located at 5:23:05 PM. [Doc. 102-9, Exhibit 9, still photo].

10.    At the time the first officers arrived on the scene, Mr. Rossy was conscious and alert speaking to the officers. [Doc 102-30 Exhibit 30, EBT PO Rivera, p. 80-81; Doc 102-31, Exhibit 31, p. 83-84].

11.    The video evidence shows that the Buffalo police officer Richard Hy arrived on scene at 568 Tonawanda St. at 5:24:13 pm. [Doc 102-10, Exhibit 10, photo].

12.    Testimony of Buffalo officer Richard Hy showed that Rossy was still conscious and alert and speaking to the officer as he was searched and checked for any additional injuries at that time. [Doc 102-32, Exhibit 32 EBT PO Hy, p. 74-76, 78-80]. Officer Richard Hy testified that he readily observed the through and through gunshot wound to the upper left arm of Rossy, and that it was actively bleeding at that time, and Mr. Rossy was complaining

repeatedly that his chest hurt and he could not breathe. [Doc 102-33, Exhibit 33, EBT PO Hy, p. 130-133, 141, 176].

13.    Mr. Rossy was still awake, moving and conversant and breathing heavily when the Buffalo Fire Department arrived to render additional first aid at 5:28:50 pm. [Doc 102-12, Exhibit 12, photo BFD arrival; Doc 102-33, Exhibit 33 EBT PO Hy, p. 19-20 ].

14.    Mr. Rossy lost consciousness and "went limp" about a minute after being turned over to the care of the Buffalo Fire Department. [Doc 102-33, Exh 33 EBT PO Hy, p. 26, 146-147].

15.    The first defendant AMR ambulance arrived in front of 568 Tonawanda Street at 5:29:19 pm before Mr. Rossy lost consciousness and "went limp". [Doc 102-13, Exhibit 13, photo of AMR; Doc 102-33, Exh 33 EBT PO Hy, p. 26, 146-147].

16.    The first AMR ambulance unit stopped on Tonawanda Street but did the paramedics not proceed up the driveway where Mr. Rossy was located. [Doc 102-6, Exhibit 6, surveillance video at 5:29:19 pm; Doc 102-13, Exhibit 13 still photo].

17.    One of the several Buffalo police officers out front present ran out to the ambulance and directed it to continue on and it proceeded to turn left on the Garfield Street in the direction that defendant Acquino was located at the corner of Garfield Street and Peoria Street. [Doc 102-6, Exhibit 6, surveillance video at 5:29:26 pm].

18.    The second defendant AMR ambulance unit with EMTs and paramedics arrived in front of 568 Tonawanda Street at 5:32:23 pm, and the paramedics walked up the driveway at 5:32:44 pm in order to render aid to Mr. Rossy at that location. [Doc 102-16, Exhibit 16 still photo; Doc 102-17, Exhibit 17 still photo].

19.    Defendant AMR personnel removed Mr. Rossy from the driveway on a stretcher at 5:40:14 pm and placed him in the ambulance in front of 568 Tonawanda Street. [Doc 102-21, Exhibit 21, photo EMTs leaving driving with Mr. Rossy on a stretcher].

20.    Defendant AMR ambulance personnel remained parked in front of 568 Tonawanda Street after loading Jose into the ambulance for another six minutes and 20 seconds until finally leaving for Kenmore Mercy Hospital. The defense expert Dr. Jehle concedes the defendant AMR ambulance sat idling for that period of time after Mr. Rossy was on board. [Doc 98-26, par. 6].

Dated: Buffalo, New York
        April 6, 2022

*Nelson S. Torre*
NELSON S. TORRE, ESQ.
Attorney for Plaintiff
438 Main Street, Suite 910
Buffalo, New York 14202

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

MARGARITA ROSSY, as Administrator of the
ESTATE OF JOSE HERNANDEZ-ROSSY,

                Plaintiff,

vs.                             Case No.: 17-CV-00937S

CITY OF BUFFALO, and its agents, servants and employees, and
BUFFALO POLICE DEPARTMENT P.O. JUSTIN TEDESCO,
BUFFALO POLICE DEPARTMENT P.O. JOSEPH ACQUINO,
and POLICE COMMISSIONER DANIEL DERENDA,
Individually and in their representative capacities, and
AMERICAN MEDICAL RESPONSE d/b/a "AMR"
And its agents, servants and employees,

                Defendant.
_____

## CERTIFICATE OF SERVICE

       I hereby certify that I am an employee of the Law Office of Nelson S. Torre, Esq., on April 6, 2022 I electronically filed the foregoing Statement of Undisputed Facts with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1.     TIMOTHY S. BRENNAN
        Phelan, Phelan & Danek, LLP
        300 Great Oaks Boulevard
        Suite 315
        Albany, NY 12203

2.     ROBERT EMMET QUINN
        City of Buffalo Department of Law
        65 Niagara Square
        Buffalo, NY 14202

                            _____
                            KATHY B. CRESPO