UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
MARGARITA ROSSY, as Administrator of the
ESTATE OF JOSE HERNANDEZ-ROSSY

                              Plaintiff,

**JOINT NOTICE AND STATUS REPORT**

Case No. 17-CV-00937-WMS-HKS

      -vs-

CITY OF BUFFALO, and its agents, servants and employees, and
BUFFALO POLICE DEPARTMENT P.O. JUSTIN TEDESCO,
BUFFALO POLICE DEPARTMENT P.O. JOSEPH ACQUINO,
and POLICE COMMISSIONER DANIEL DERENDA,
Individually and in their representative capacities, and
AMERICAN MEDICAL RESPONSE d/b/a "AMR"
And its agents, servants and employees,

                              Defendants.
-------------------------------------------------------------------------------

       **PLEASE TAKE NOTICE**, that pursuant to Court Order [165] the parties hereby file their Joint Notice and Status Report. The parties have re-engaged in mediation which is ongoing and hereby jointly request an additional 30 days to continue that process. There is no current mutual consent to proceed before a magistrate judge pursuant to 28 U.S.C. 636(c).

Dated:   Buffalo, New York
             July 23, 2025

                                               *Nelson S. Torre*
                                               _____
                                               NELSON S. TORRE, ESQ.
                                               Attorney for Plaintiff
                                               910 Main Court Bldg.
                                               438 Main Street
                                               Buffalo New York 14202
                                               (716) 854-2808

TO    Robert E. Quinn, Esq.
Assistant Corporation Counsel
1100 City Hall
65 Niagara Square
Buffalo, New York 14202

Timothy S. Brennan, Esq.
Phelan, Phelan & Danek, LLP
300 Great Oaks Boulevard, Suite 315
Albany, NY 12203

Michael Menard, Esq.
Federal Mediator
69 Delaware Avenue, Suite 705
Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
MARGARITA ROSSY, as Administrator of the
ESTATE OF JOSE HERNANDEZ-ROSSY

                        Plaintiff,

                        Case No. 17-CV-0937

    -vs-

CITY OF BUFFALO, and its agents, servants and employees, and
BUFFALO POLICE DEPARTMENT P.O. JUSTIN TEDESCO,
BUFFALO POLICE DEPARTMENT P.O. JOSEPH ACQUINO,
and POLICE COMMISSIONER DANIEL DERENDA,
Individually and in their representative capacities, and
AMERICAN MEDICAL RESPONSE d/b/a "AMR"
And its agents, servants and employees,

                        Defendants.
--------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Law Office of Nelson S. Torre, Esq., and on July 23, 2025 I electronically filed the foregoing Joint Notice with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Robert E. Quinn, Esq.
   Assistant Corporation Counsel
   1100 City Hall
   65 Niagara Square
   Buffalo, New York 14202
   rquinn@buffalony.gov

2. Timothy S. Brennan, Esq.
   Phelan, Phelan & Danek, LLP
   300 Great Oaks Boulevard, Suite 315
   Albany, New York 12203
   tim@ppdlawfirm.com

3. Michael Menard, Esq.
   Attorney, Arbitrator and Mediator
   69 Delaware Ave., Suite 705
   Buffalo NY 14202
   menardlaw@aol.com

Dated: Buffalo, New York
       July 23, 2025

                                        *Veronica Rosa*
                                        VERONICA ROSA