UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
MARGARITA ROSSY, as Administrator of the
ESTATE OF JOSE HERNANDEZ-ROSSY

                              Plaintiff,

                                          **JOINT NOTICE AND**
                                          **STATUS REPORT**

                                          Case No. 17-CV-00937-WMS-HKS

        -vs-

CITY OF BUFFALO, and its agents, servants and employees, and
BUFFALO POLICE DEPARTMENT P.O. JUSTIN TEDESCO,
BUFFALO POLICE DEPARTMENT P.O. JOSEPH ACQUINO,
and POLICE COMMISSIONER DANIEL DERENDA,
Individually and in their representative capacities, and
AMERICAN MEDICAL RESPONSE d/b/a "AMR"
And its agents, servants and employees,

                              Defendants.
-------------------------------------------------------------------------------

      **PLEASE TAKE NOTICE**, that pursuant to Court Order [169] the parties hereby file their Joint Notice and Status Report. The parties are engaged in ongoing mediation, and further progress has been made since the last joint report. The parties hereby request an additional 30 days to continue and/or conclude that process, and a status conference in early December 2025 with the Court to report and/or request a trial date.

Dated: Buffalo, New York
       October 14, 2025

                                                  /s/ Nelson S. Torre
                                                 NELSON S. TORRE, ESQ.
                                                 Attorney for Plaintiff
                                                 910 Main Court Building
                                                 438 Main Street
                                                 Buffalo New York 14202
                                                 (716) 854-2808

TO:    Robert E. Quinn, Esq.
         Assistant Corporation Counsel
         1100 City Hall
         65 Niagara Square
         Buffalo, New York 14202

         Timothy S. Brennan, Esq.
         Phelan, Phelan & Danek, LLP
         300 Great Oaks Boulevard, Suite 315
         Albany, NY 12203

         Michael Menard, Esq.
         Federal Mediator
         69 Delaware Avenue, Suite 705
         Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
MARGARITA ROSSY, as Administrator of the
ESTATE OF JOSE HERNANDEZ-ROSSY

                                       Plaintiff,

Case No. 17-CV-0937

-vs-

CITY OF BUFFALO, and its agents, servants and employees, and
BUFFALO POLICE DEPARTMENT P.O. JUSTIN TEDESCO,
BUFFALO POLICE DEPARTMENT P.O. JOSEPH ACQUINO,
and POLICE COMMISSIONER DANIEL DERENDA,
Individually and in their representative capacities, and
AMERICAN MEDICAL RESPONSE d/b/a "AMR"
And its agents, servants and employees,

                                       Defendants.
-------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Law Office of Nelson S. Torre, Esq., and on September 5, 2025 I electronically filed the foregoing Joint Notice with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

1. Robert E. Quinn, Esq.
Assistant Corporation Counsel
1100 City Hall
65 Niagara Square
Buffalo, New York 14202
rquinn@buffalony.gov

2. Timothy S. Brennan, Esq.
Phelan, Phelan & Danek, LLP
300 Great Oaks Boulevard, Suite 315
Albany, New York 12203
tim@ppdlawfirm.com

3. Michael Menard, Esq.
Attorney, Arbitrator and Mediator
69 Delaware Ave., Suite 705
Buffalo NY 14202
menardlaw@aol.com

Dated: Buffalo, New York
October 14, 2025

                                                                     NELSON S. TORRE, ESQ.